# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ROBERT McCARTHY

    Plaintiff

v.

GEORGE A JACOBS, LLC;
GEORGEE'S PIZZA-DELI, INC.; and
DOES 1 THROUGH 10, Inclusive

    Defendants

Case No.: 2:16-cv-09494-PSG-GJS

ORDER GRANTING JOINT
STIPULATION FOR DISMISSAL AND
DISMISSAL WITH PREJUDICE OF
ALL DEFENDANTS AND
PLAINTIFF'S COMPLAINT IN ITS
ENTIRETY

[Fed. R. Civ. P. Rule 41(a)(2)]

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants GEORGE A JACOBS, LLC; GEORGEE'S PIZZA-DELI, INC. be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 2:16-cv-09494-PSG-GJS.

**IT IS SO ORDERED.**

Dated: _____7/12/17_____

# PHILIP S. GUTIERREZ

_____
Honorable Judge Philip S. Gutierrez